IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE W LUCCA ALBINO<br>VIRGINIA M SUAREZ CANDAL<br><br>XXX-XX-9450<br>XXX-XX-1379<br><br>Debtor(s) | CASE NO. 09-01905 EAG<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON 10/04/2011 |

ORDER DISCHARGING TRUSTEE
AND CLOSING ESTATE

Wilfredo Segarra Miranda was appointed trustee in this case. He filed a definitive affidavit for closing this case together with cancelled checks and bank statements. The United States Trustee certified these documents to show all funds have been distributed in accordance with the proposed distribution notified to all parties in interest.

WHEREFORE, pursuant to 11 U.S.C. Section 350(a), the Trustee is discharged, his bond for this case is cancelled, and this case is closed.

The Clerk will notify this order.

In San Juan, Puerto Rico, this 04 day of October, 2011.

Edward A. Godoy
U.S. Bankruptcy Judge

DEBTOR
WILFREDO SEGARRA MIRANDA
US TRUSTEE